United States District Court
Middle District of Alabama -
Northern Division

Peter J. Smith           Jury Trial Requested
Plaintiff                ☑ Yes   ☐ No

V

Allied Universal et. al,.     2:24-cv-00689-MHT-KFP
Defendants.

## Complaint

1) Amount in question exceeds $20 00/100. Alleged violations of Title VII of Civil Rights Act of 1964.

2) Peter J. Smith P.O. Box 1644 Montgomery, Alabama 36102-1644

3) Regions Bank RSA Tower is the location. In their official capacity: Major Smith Allied Universal, an allied universal black male employee both are black males, and Dr David Bronner (RSA) Chief (White Male).

4) Defamation of a federal witness, an individual who is vested in the Retirement Systems of Alabama (RSA)

(1)

haveing been a State OF Alabama Merit System Employee for a period of over 10 years with the Alabama Department OF Transportation, Retaliation for haveing filed prior cases against DTA and Allied Universal, federal witness tampering, Age (60), race (Black) and gender (Male) discrimination. Retaliation for haveing been a Chick-Fil-A customer, Retaliation for being a Regions Bank Customer. Pain and Suffering, emotional distress and mental anguish, as well as stalking, Elder Abuse, U.S. voter intimidation and harassment.

RECEIVED 2024 OCT 29 P 2:04

5). Damages for intentional infliction of emotional distress, punitive damages, damages for a pattern and or practice of racial profiling, harassment, defamation, stalking, federal witness tampering, defamation of someone who has attained vesting in the Retirement Systems of Alabama i.e. lifetime membership, retaliation by Allied Universal and its predess prior name sake DTA. for haveing filed numerous lawsuits against them, elder abuse, U.S. Voter intimidation and harassment, Retaliation for haveing been a Chick-Fil-A Inc. customer at said location, Retaliation for haveing been a Regions Bank customer at said location. Damages for these and other things mentioned above in #4 as well as the other prior statements by myself Peter J. Smith (plaintiff).

(3)

6). We ask that the jury award damages totaling $5,000,419. Five Million four hundred 19 ~~nineteen~~ nineteen dollars no cents.

Peter R. Smith  10-29-2024
(Signature and Date) Pro Se
P.O. Box 1644
Montgomery, Alabama 36102-1644
Phone # (334) 781-3128

(4)

