IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PETER J. SMITH,              )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )     2:24cv689-MHT
                             )         (WO)
ALLIED UNIVERSAL, et al.,    )
                             )
    Defendants.              )
```

OPINION

Plaintiff, a frequent pro se litigant in this court, filed this lawsuit asserting a variety of claims that are difficult to understand.  He has not paid the filing fee nor filed a motion for leave to proceed in forma pauperis.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, and because plaintiff has not objected, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of January, 2025.

                                /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE